THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ANGELA LUGO and ANDREW BRYNILDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.<br><br>Defendant. | Case No. 2:22-cv-01230-TL<br><br>**STIPULATION RE: SUBSTITUTION OF DEFENDANT**<br><br>Noting Date: November 1, 2022 |

Plaintiffs Angelo Lugo and Andrew Brynildson ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,** on September 1, 2022, Plaintiffs filed a class action complaint against Defendant, arising out of alleged disclosures of his and other subscribers' personally identifiable information, including their names, addresses, credit card information, and video rental history in violation of the New York Video Consumer Privacy Act, N.Y. General Business Law ("GBL") §§ 670-675 ("NYVCPA") and Minnesota's M.S.A. § 325I.01-03 (the "Minnesota Statue");

**WHEREAS**, on October 17, 2022, the Parties' counsel engaged in a telephone call whereupon Defendant contended that Amazon.com, Inc. was not a proper defendant, and that its subsidiary Amazon.com Services LLC would be the proper defendant, if any;

**WHEREAS,** the Parties wish to stipulate to substitute Amazon.com Services LLC as the Defendant in this action in place of Amazon.com, Inc.;

**NOW THEREFORE IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel that:

1. Plaintiffs' claims against Amazon.com, Inc. are hereby dismissed without prejudice, subject to the following terms;

2. The caption shall be amended to read as follows:

| | |
|---|---|
| ANGELA LUGO and ANDREW BRYNILDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>AMAZON.COM SERVICES LLC.,<br><br>    Defendant. | Case No. 2:22-cv-01230-TL |

3. Pursuant to Fed. R. Civ. P. 15(c)(1)(C), the substitution of Amazon.com Services LLC for Amazon.com, Inc. shall relate back to the filing of the initial complaint, for all purposes, including the statute of limitations;

4. No amended pleadings shall be required to effectuate the substitution of Amazon.com Services LLC for Amazon.com, Inc., and Amazon.com Services LLC waives any requirements for formal service of process in connection with the same;

5. The statute of limitations for any and all claims or causes of action, arising out of the facts alleged in the initial complaint, if any, by Plaintiffs against Amazon.com, Inc. shall be tolled from the filing date of this lawsuit until the date this matter is resolved; and

6. Plaintiffs reserve the right to file an amended complaint under Rule 15(a)(1)(a) in response to a Motion to Dismiss.

| | |
|---|---|
| Dated: November 1, 2022 | Respectfully submitted, |

       **CARSON NOEL PLLC**
       /s/ *Wright A. Noel*
       Wright A. Noel
       Wright A. Noel (State Bar No. 25264)
       20 Sixth Avenue NE
       Issaquah, WA 98027
       Tel: (425) 837-4717
       Fax: (425) 837-5396
       wright@carsonnoel.com

*Local Counsel for Plaintiff and the Putative Class*

**BURSOR & FISHER, P.A.**
/s/ *Philip L. Fraietta*
Philip L. Fraietta*
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joel D. Smith
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Christopher Reilly
701 Brickell Ave, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
creilly@bursor.com

*\*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*

|   |   |
|---|---|
| 1 | **PERKINS COIE LLP** |
| 2 | *s/ Charles C. Sipos* |
|   | Charles C. Sipos, Bar No. 32825 |
| 3 | *CSipos@perkinscoie.com* |
|   | Lauren J. Tsuji, Bar No. 55839 |
| 4 | *LTsuji@perkinscoie.com* |
|   | Ellie F. Chapman, Bar No. 55881 |
| 5 | *EChapman@perkinscoie.com* |
|   | 1201 Third Avenue, Suite 4900 |
| 6 | Seattle, WA 98101-3099 |
|   | Telephone: 206.359.8000 |
| 7 | Facsimile: 206.359.9000 |

*Attorneys for Defendant Amazon.com, Inc.*

### ORDER REGARDING SUBSTITUTION OF DEFENDANT

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 1st day of November, 2022.

Tana Lin
United States District Judge