## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA LUGO and ANDREW BRYNILDSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-01230-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Court having dismissed the Complaint for lack of Article III standing (Dkt. No. 27), and Plaintiffs having not amended their complaint, this matter is DISMISSED.

　　Dated November 3, 2023.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Kadya Peter
　　　　　　　　　　　　　　　　　　　Deputy Clerk